# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Timothy Antaine Baxter, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:18cv385 |
| | ) | 3:15cr170 |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2018 Order.

August 8, 2018

Frank G. Johns, Clerk
United States District Court